IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES LONG,                      )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )     2:13cv176-MHT
                                 )         (WO)
ALABAMA DEPARTMENT OF            )
HUMAN RESOURCES, et al.,         )
                                 )
    Defendants.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 55) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 54), as to the conclusions but not as to all of the reasoning, is adopted as to all of plaintiff's claims except his state-law claim.

(3) Plaintiff's motion for summary judgment (doc. no. 25) is denied.

(4) Defendants' motion for summary judgment (doc. no. 27) is granted as to all of plaintiff's claims except his state-law claim.

(5) Judgment is entered in favor of defendants and against plaintiff on all his claims except his state-law claim, with plaintiff taking nothing by his complaint except as to his state-law claim.

(6) Plaintiff's state-law claim is dismissed without prejudice and with leave to refile in state court.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of January, 2015.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE